## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RONALD LAMAR BOWMAN, # 179980,** | * |
| **Petitioner,** | * |
| vs. | * CIVIL ACTION NO. 18-00278-JB-B |
| **JEFF DUNN,** | * |
| **Respondent.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 23, 2021 (Doc. 18) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Ronald Lamar Bowman's habeas corpus petition be **DISMISSED with prejudice** as time-barred pursuant to 28 U.S.C. § 2244(d), and that Bowman is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 17th day of May, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE